Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

November 10, 2021

Ravi Subramanian, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRYAN ALAN SPARKS and AUTUMN GAIL LUNA,

Defendants.

NO. **CR21-189 JLR**

**INDICTMENT**

Case: 1:22-mj-00072
Assigned To : Faruqui, Zia M.
Assign. Date : 03/23/2022
Description: Arrest Rule (5)

The Grand Jury charges that:

## COUNT 1

**(Conspiracy to Commit Mail and Wire Fraud)**

**A. Background**

1. **Overview.** These charges involve a conspiracy by defendants BRYAN ALAN SPARKS and AUTUMN GAIL LUNA to use stolen personal identifying information (PII) of over 50 Washington State residents, as well as residents of other states, to submit fraudulent applications for Small Business Administration (SBA) loans and unemployment benefits intended to assist workers and businesses suffering from the

Indictment - 1
United States v. Sparks et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

economic impacts of the COVID-19 pandemic. SPARKS and LUNA fraudulently obtained over $1 million in loan proceeds and benefits by causing SBA to disburse loan proceeds of at least $520,000 and Washington Employment Security Department (ESD) to pay out federal and state unemployment benefits of at least approximately $500,000.

2. **CARES Act and EIDL Program.** On March 27, 2020, the United States enacted into law the Coronavirus Aid, Relief, and Economic Security (CARES) Act. The CARES Act authorized approximately $2 trillion in aid to American workers, families, and businesses to mitigate the economic consequences of the COVID-19 pandemic.

3. The SBA administers the Economic Injury Disaster Loan (EIDL) program. EIDL provides low-interest financing to small businesses and non-profit organizations in regions affected by declared disasters. The CARES Act authorized the SBA to provide EIDLs of up to $2 million to eligible small businesses experiencing substantial financial disruption due to the COVID-19 pandemic. EIDL funds can be used for payroll expenses, sick leave, production costs, and business obligations, such as debts, rent, and mortgage payments.

4. A qualifying business applying for an EIDL must submit an application to the SBA and provide information about its operations, such as the number of employees, gross revenues for the 12-month period preceding the disaster, and cost of goods sold in the 12-month period preceding the disaster. The applicant must also certify that all of the information in the application is true and correct to the best of the applicant's knowledge.

5. Applicants submit EIDL applications directly to the SBA for processing. SBA directly disburses funds issued under an EIDL to an account identified by the applicant. Since July 11, 2020, when an applicant submits an EIDL application online, SBA receives it at a server outside the State of Washington. Therefore, every EIDL application submitted online from Washington State since July 11, 2020, results in an interstate wire communication that originates in Washington State and travels to another state.

Indictment - 2
*United States v. Sparks et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. **CARES Act Unemployment Benefits.** The CARES Act also funded and authorized each state to administer new unemployment benefits. These benefits included: (1) Federal Pandemic Unemployment Compensation, which provided a benefit of $600 per week per unemployed worker in addition to existing benefits; (2) Pandemic Unemployment Assistance, which extended benefits to self-employed persons, independent contractors, and others; and (3) Pandemic Emergency Unemployment Assistance, which extended benefits for an additional 13 weeks after regular unemployment benefits were exhausted.

7. CARES Act unemployment benefits are funded by the United States government through the Department of Labor and administered at the state level by state agencies known as state workforce agencies (SWAs). ESD is the SWA for the State of Washington and headquartered in Olympia, Washington.

8. **ESD's Unemployment Tax and Benefit System.** Applicants for unemployment benefits may submit and manage their applications using ESD's Unemployment Tax and Benefit (UTAB) system via an online portal called eServices. The UTAB system is hosted at the State Data Center in Olympia, Washington.

9. UTAB requires an applicant to provide his or her PII, including name, date of birth, and Social Security number. If ESD confirms that the information matches the PII of a person in ESD's records, ESD will pay out benefits via wire (ACH) transfer to a bank or financial account identified by the applicant. An applicant may also request that the benefits be loaded onto a KeyBank-issued debit card and mailed to an address provided by the applicant.

10. When ESD disburses unemployment benefits, ESD sends an interstate wire communication from Olympia, Washington, to a KeyBank processing center, directing KeyBank to make the benefit payment. KeyBank does not have any processing centers within Washington State. Therefore, every ESD benefits payment results in an interstate wire communication that originates in Washington and travels to another state.

Indictment - 3
*United States v. Sparks et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

11. **Disaster Declarations.** CARES Act unemployment benefits and EIDLs related to COVID-19 relief are authorized, transferred, disbursed, and paid in connection with a nationwide emergency declared by Presidential Proclamation 9994 (effective as of March 1, 2020) and a Presidential declaration of a major disaster for the State of Washington concerning the COVID-19 pandemic that was issued on March 22, 2020.

**B.     The Conspiracy**

12. Beginning at a time unknown, but no later than March 14, 2020, and continuing through at least January 1, 2021, in King, Snohomish, and Thurston Counties, within the Western District of Washington, and elsewhere, BRIAN ALAN SPARKS and GAIL AUTUMN LUNA, and others known and unknown to the Grand Jury, did conspire, confederate and agree, together and with each other, to commit the offenses of mail and wire fraud in violation of Title 18, United States Code, Sections 1341 and 1343.

13. That is, SPARKS and LUNA, together with others known and unknown, with intent to defraud, knowingly devised a scheme and artifice to defraud, and to obtain money and property, by means of materially false and fraudulent pretenses, representations, and promises. To execute and attempt to execute the scheme and artifice to defraud, SPARKS and LUNA, and others known and unknown to the Grand Jury, knowingly caused to be delivered by mail according to the direction thereon, bank debit cards; and caused to be transmitted, by wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds.

14. The object of the conspiracy was to use the stolen PII of residents of Washington State and other states to fraudulently obtain government benefits, namely, pandemic-related EIDL funds and unemployment benefits.

**C.     Manner and Means**

The following conduct was part of the conspiracy:

15. The defendants SPARKS and LUNA, and their co-conspirators, unlawfully obtained and possessed stolen PII, to include names, dates of birth, and Social Security numbers of residents of Washington State and other states.

Indictment - 4
*United States v. Sparks et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

16. Using the stolen PII, the defendants and their co-conspirators opened bank accounts, obtained debit and credit cards, created counterfeit driver's licenses, or obtained fraudulent driver's licenses from the Washington Department of Licensing. In furtherance of their conspiracy to defraud, the defendants and their co-conspirators maintained over a dozen phone numbers on as many cell phones, each of which were labeled with the phone number and names of stolen identities. The defendants also maintained detailed ledgers and electronic files of stolen PII, credit card numbers, and financial transactions associated with each stolen identity.

17. When opening bank accounts using other peoples' stolen PII, SPARKS and LUNA listed, as the account addresses, several addresses in the Western District of Washington, including addresses in Seattle, Des Moines, Federal Way, Auburn, and Lynnwood. SPARKS and LUNA caused the financial institutions to mail fraudulent identity and financial documents to those addresses by U.S. Mail. SPARKS and LUNA also used these same addresses on counterfeit and fraudulent driver's licenses.

18. Using the stolen PII and fraudulent identity documents, SPARKS and LUNA and their co-conspirators accessed SBA's website and submitted, by interstate wire transmission, fraudulent EIDL applications to SBA. In the loan applications, defendants requested that the loan proceeds be paid to the bank accounts that the defendants and their co-conspirators had fraudulently opened using stolen PII. After SBA paid out the loan proceeds, the defendants and their co-conspirators accessed the funds using the debit cards associated with the fraudulent bank accounts. The defendants and their co-conspirators also transferred funds between and among the fraudulent bank accounts.

19. SPARKS and LUNA and their co-conspirators also used the stolen PII and fraudulent identity documents to submit fraudulent unemployment benefit claims to ESD, which ESD then paid out by means of interstate wire communications. For the fraudulent unemployment claims, SPARKS and LUNA and their co-conspirators used many of the same stolen identities that they used to file EIDL loan applications. In some instances,

Indictment - 5
United States v. Sparks et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the defendants and their co-conspirators directed the benefits to be paid to KeyBank debit cards that were then mailed by U.S. Mail to addresses within the Western District of Washington. The defendants or their co-conspirators then retrieved the cards from mailboxes that they could access. In other instances, the benefits were paid to bank accounts that the defendants fraudulently opened in furtherance of the conspiracy, and the defendants accessed the funds using the debit cards associated with those accounts. On many occasions, the defendants withdrew funds from those accounts from automated teller machines (ATMs) in Seattle and elsewhere within the Western District of Washington.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-6
### (Mail Fraud)

20. Paragraphs 1-19 of this Indictment are incorporated by reference as if fully set forth herein.

21. Beginning at a time unknown, but no later than on or about March 14, 2020, until at least on or about January 1, 2021, BRIAN ALAN SPARKS and GAIL AUTUMN LUNA, and others known and unknown to the Grand Jury, with the intent to defraud, devised and willfully participated in, with knowledge of its fraudulent nature a scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises, as further described below.

22. The essence of the scheme was to use the stolen PII of residents of Washington State and other states to fraudulently obtain government benefits, namely, pandemic-related EIDL funds and unemployment benefits.

23. The manner and means of the scheme and artifice to defraud included the conduct set forth in Paragraphs 15 through 19 of Count 1.

24. On or about the dates set forth below, in King and Snohomish Counties, within the Western District of Washington, and elsewhere, for the purpose of executing

Indictment - 6
*United States v. Sparks et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

or attempting to execute the above-described scheme and artifice to defraud and deceive, SPARKS and LUNA, and others known and unknown to the Grand Jury, knowingly caused to be delivered by mail according to the direction thereon bank debit cards, each mailing of which constitutes a separate count of this Indictment. Each of these debit cards was associated with an account used to receive proceeds of a fraudulent EIDL loan application or claim for unemployment benefits, and each card was used to access the proceeds of the fraud. Each of the following offenses was committed in furtherance of, and was a foreseeable part of, the conspiracy charged in Count 1 of this Indictment.

| Count | Approximate Date of Mailing | Applicant Initials | Mailing |
|---|---|---|---|
| 2 | 06/17/20 | S.F. | KeyBank debit card to Lynnwood, Washington via U.S. Postal Service |
| 3 | 07/13/20 | R.B. | KeyBank debit card to Seattle, Washington via U.S. Postal Service |
| 4 | 08/01/20 | B.P. | Stride Bank Chime debit card to Des Moines, Washington via U.S. Postal Service |
| 5 | 08/06/20 | D.S. | Comerica debit card to Des Moines, Washington via U.S. Postal Service |
| 6 | 08/06/20 | S.S. | Stride Bank Chime debit card to Auburn, Washington via U.S. Postal Service |

All in violation of Title 18, United States Code, Sections 1341 and 2.

## COUNTS 7-12

### (Wire Fraud)

25. Paragraphs 1-24 of this Indictment are incorporated by reference as if fully set forth herein.

26. Beginning at a time unknown, but no later than March 14, 2020, and continuing through at least January 1, 2021, BRIAN ALAN SPARKS and GAIL AUTUMN LUNA, and others known and unknown to the Grand Jury, with intent to

Indictment - 7
United States v. Sparks et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

defraud, knowingly devised a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, as further described below.

27. The essence of the scheme was to use the stolen PII of residents of Washington State and other states to fraudulently obtain government benefits, namely, pandemic-related EIDL funds and unemployment benefits.

28. The manner and means of the scheme and artifice to defraud included the conduct set forth in Paragraphs 15 through 19 of Count 1.

29. On or about the dates set forth below, in King, Snohomish, and Thurston Counties, within the Western District of Washington, and elsewhere, for the purposes of executing this scheme and artifice to defraud, and attempting to do so, BRIAN ALAN SPARKS and GAIL AUTUMN LUNA, and others known and unknown to the Grand Jury, did knowingly transmit and cause to be transmitted by wire communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds, each transmission of which constitutes a separate count of this Indictment. Each of the following offenses was committed in furtherance of, and was a foreseeable part of, the conspiracy charged in Count 1 of this Indictment.

//
//

Indictment - 8
*United States v. Sparks et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Count | Approximate Date | Applicant Initials | Wire Transmission |
|---|---|---|---|
| 7 | 06/26/20 | R.H. | Wire from Washington to another state to initiate ACH transfer of approximately $13,900 in ESD benefits |
| 8 | 07/12/20 | D.B. | Wire from Washington to another state to initiate ACH transfer of approximately $16,296 in ESD benefits |
| 9 | 07/22/20 | C.R. | Wire from Washington to another state to initiate ACH transfer of approximately $18,070 in ESD benefits |
| 10 | 08/04/20 | W.S. | Wire from Washington to another state to submit an EIDL application to SBA |
| 11 | 08/07/20 | A.F. | Wire from Washington to another state to submit an EIDL application to SBA |
| 12 | 10/26/20 | A.B. | Wire from Washington to another state to submit an EIDL application to SBA |

All in violation of Title 18, United States Code, Sections 1343 and 2.

### COUNTS 13-16

### (Aggravated Identity Theft)

30. Paragraphs 1-29 of this Indictment are incorporated by reference as if fully set forth herein.

31. On or about the dates set forth below, in King and Snohomish Counties, within the Western District of Washington, and elsewhere, defendants BRIAN ALAN SPARKS and GAIL AUTUMN LUNA, and others known and unknown to the Grand Jury, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, in that SPARKS and LUNA submitted claims to the Washington Employment Security Department using the names, dates of birth, and Social Security numbers of the persons with the initials listed below, during and in relation to a felony listed in Title 18, United States Code, Section 1028A(c), that is, conspiracy to

Indictment - 9
United States v. Sparks et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; mail fraud, in violation of Title 18, United States Code, Section 1341; and wire fraud, in violation of Title 18, United States Code, Section 1343.

| Count | Date | Initials of Victim |
|---|---|---|
| 13 | 06/24/20 | R.H. |
| 14 | 07/09/20 | R.B. |
| 15 | 07/10/20 | D.B. |
| 16 | 07/18/20 | C.R. |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 – 12 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of any of the offenses alleged in Counts 1 – 12, BRYAN ALAN SPARKS and AUTUMN GAIL LUNA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), any property that constitutes or is traceable to proceeds of the offense. This property includes, but is not limited to, a sum of money reflecting the proceeds the defendant personally obtained from the offense.

**Substitute Assets.** If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or,
    e.    has been commingled with other property which cannot be divided without

Indictment - 10
*United States v. Sparks et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

difficulty, it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 11/10/2021

*[Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States]*

_____
FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
ANDREW C. FRIEDMAN
Assistant United States Attorney

_____
CINDY CHANG
Assistant United States Attorney

_____
SETH WILKINSON
Assistant United States Attorney

Indictment - 11
United States v. Sparks et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# DEFENDANT STATUS SHEET
(One for each defendant)

### I. CASE STATUS

Name of Defendant: Bryan Alan Sparks

Has defendant had initial appearance in this case?  ☐ Yes  ☑ No

MJ                    CR

### II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

### III. ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address:

The estimated trial time is  3-5  days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

### I. CASE STATUS

Name of Defendant: Autumn Gail Luna

Has defendant had initial appearance in this case?  ☐ Yes  ☑ No

MJ                CR

### II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

### III. ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is  3-5  days.

(Revised March 2018)